**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Hector Hugo Lara Ramirez,<br><br>                    Plaintiff,<br><br>vs.<br><br>Dollar Tree Stores, Inc.; and DOES 1 to 25, inclusive,<br><br>                  Defendants. | Case No. 1:26-CV-02011-JLT-CBD<br>[*Kern County Superior Court Case No.: 25CUB00461*]<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND<br><br>Complaint Filed: 10/31/2025 |

Considering the Parties' stipulation limiting recovery by Plaintiff to $75,000.00 or less, this Court lacks subject matter jurisdiction over this matter and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary."). Thus, the Court **ORDERS**:

1.    This case is **REMANDED** to the Superior Court for the State of California, County of Kern, Case No.: 25CUB00461, based on lack of subject matter jurisdiction.

2.    All pending dates in the Federal action are **VACATED.**

3.    Plaintiff's total recovery, if any, from Defendant Dollar Tree for any injury, damages, harms or losses resulting from the alleged incident that occurred on Defendant's premises on or about October 31, 2023, and which are the subject of the Litigation (including the Superior Court for the State of California, County of

Kern, Case No.: 25CUB00461), including but not limited to economic and non-economic damages, exclusive of any award of costs or interest, is hereby capped at $75,000.00, and no judgment or award may be entered against Defendant Dollar Tree in the Litigation in excess of $75,000.00;

4.   If any judgment or award, exclusive of any award of costs of suit or interest, entered in Plaintiff's favor and against Defendant Dollar Tree, in the Litigation should exceed $75,000.00, Plaintiff shall be found to have voluntarily waived the right to claim that portion of his final judgment or award which exceeds $75,000.00.

5.   Should any judgment or award, exclusive of any award of costs of suit or interest be entered in Plaintiff's favor and against Defendant Dollar Tree, in the Litigation in excess of $75,000.00, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $75,000.00 and is barred from executing on any amount of the award or judgment in excess of $75,000.00.

IT IS SO ORDERED.

Dated:   **June 4, 2026**

_____
UNITED STATES DISTRICT JUDGE